# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

GEORGE E. ENGSTROM AND
JOHN E. STOCKWELL,

     Appellants,

v.

MICROSOFT CORPORATION,

    Respondent.

No. 74200-1-I

UNPUBLISHED OPINION

FILED: FEB 1 6 2016

PER CURIAM — Appellants George Engstrom and John Stockwell appeal the trial court order dismissing their claims for wrongful discharge. Appellants and respondent Microsoft Corporation have filed a joint motion to reverse the trial court's decision in light of Rose v. Anderson Hay & Grain, 184 Wn.2d 268, 358 P.3d 1139 (2015), Becker v. Cmty. Health Sys., Inc., 184 Wn.2d 252, 359 P.3d 746 (2015), and Rickman v. Premera Blue Cross, 184 Wn.2d 300, 358 P.3d 1153 (2015). The motion is granted. Accordingly, the trial court's decision is reversed and the matter remanded for further proceedings.

Reversed and remanded.

FOR THE COURT: